

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2021

No. 04-20-00198-CR

Rosalinda **OLALDE,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR2151
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

On September 3, 2021, Appellant Rosalinda Olalde moved for an extension of time to September 23, 2021 to file a motion for rehearing or reconsideration en banc of this court's August 18, 2021 decision. We grant the motion for extension of time and **order** the motion for rehearing or reconsideration en banc filed by **September 23, 2021**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court